**Opinion issued October 26, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00209-CV

————————————

**COMPOUNDING PHARMACY SOLUTIONS, Appellant**

**V.**

**ALFRED PRESIDENT AND NEW HAMPSHIRE INSURANCE COMPANY, Appellees**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-69765**

---

## MEMORANDUM OPINION

Appellant has filed a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).  We also dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.